# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **WILLIAM GRECIA,** | |
| Plaintiff, | Hon. Judge Joan Humphrey Lefkow |
| v. | C.A. No. 1:16-cv-10211 |
| **BIG TEN NETWORK SERVICES, LLC,** | JURY TRIAL DEMANDED |
| Defendant. | |

## AGREED MOTION FOR ADDITIONAL EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD BECAUSE THE PARTIES HAVE SETTLED IN PRINCIPLE

Defendant Big Ten Network Services, LLC ("Defendant") respectfully moves the Court for an order extending its deadline to answer, move, or otherwise respond to Plaintiff Grecia's Complaint to March 6, 2017. In support of this motion, Defendant states as follows:

1. On December 6, 2016, this Court granted Defendant's first motion for extension of time to answer or otherwise plead, setting the answer date for January 6, 2017. *See* ECF No. 17. This Court subsequently further extended the answer or response date to February 6 because the parties were discussing a potential resolution of the case. *See* ECF No. 22.

2. Since that time, the parties have reached a settlement in principle. The parties expect to finalize formal settlement papers and dismiss the case before the requested additional answer/response date.

3. This request is not sought to delay the proceedings. Rather, it is requested to avoid expenses and Court involvement given that the case has settled in principle.

WHEREFORE, Defendant respectfully moves this Court for an extension of an additional 30 days of the date by which it must answer or otherwise plead, to March 6, 2017.

Date: February 3, 2017                    Respectfully submitted,


                                          /s/ Todd H. Flaming
                                          *Counsel for Defendant*

                                          Todd H. Flaming
                                           Todd@KrausFlaming.com
                                          **KrausFlaming LLC**
                                          20 South Clark Street, Suite 2620
                                          Chicago, Illinois 60603
                                          (312) 447-7217