# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM GRECIA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>BIG TEN NETWORK SERVICES, LLC,<br><br>　　Defendant. | Case No. 1:16-cv-10211<br><br>Hon. Joan H. Lefkow |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff William Grecia and Defendant Big Ten Network Services, LLC pursuant to Fed. R. Civ. P. 41(a)(1), hereby give notice of and stipulate to the dismissal of all claims in this action **WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorney fees.

Date:  March 6, 2017                                                             Respectfully submitted,

/s/ Stephen C. Jarvis                                  /s/ Todd H. Flaming
Matthew M. Wawrzyn (#6276135)          Todd H. Flaming
matt@wawrzynlaw.com                            todd@krausflaming.com
Stephen C. Jarvis (#6309321)                   KrausFlaming LLC
stephen@wawrzynlaw.com                       20 South Clark Street, Suite 2620
**WAWRZYN & JARVIS LLC**                 Chicago, Illinois 60603
233 S. Wacker Dr., 84th Floor                  (312) 447-7217
Chicago, IL 60606
(312) 283-8010                                          *Counsel for Big Ten Network Services, LLC*

*Counsel for William Grecia*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on March 6, 2017 a true and correct copy of the foregoing **Stipulation of Dismissal With Prejudice** was filed electronically with the Clerk of the Court using the CM/ECF system, thereby serving all counsel of record.

*/s/ Stephen C. Jarvis*